In the Matter of JANE A. PORTER, a Lunatic.

(Argued November 29, 1887; decided December 6, 1887.)

*D. D. McKoon* for appellant.

*George Gorham* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.